January 25, 2008

Mr. Douglas E. Chaves
Chaves, Resendez & Rivero, L.L.P.
802 North Carancahua, Suite 2100
Corpus Christi, TX 78470

Mr. Wm. G. Burnett
108 N. Archer
Sinton, TX 78387
Mr. James W. Wray Jr.
Chaves Resendez & Rivero, L.L.P.
802 North Carancahua, Suite 2100
Corpus Christi, TX 78470

RE: Case Number: 07-0166
 Court of Appeals Number: 13-05-00022-CV
 Trial Court Number: 4704-A

Style: NUECES COUNTY
 v.
 SAN PATRICIO COUNTY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court vacates the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Ruby Garcia|
| | |
| |Ms. Cathy |
| |Wilborn |